IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARIA GIACALONE** and **CANADENSIS HEALTHCARE, INC.** : : : **Plaintiffs,** : v. : **NO. 3:11-CV-01647** : **PENNSYLVANIA INSURANCE** : **JUDGE KOSIK** **FRAUD PREVENTION AUTHORITY,** : **NORTHEASTERN PENNSYLVANIA** : **INSURANCE FRAUD TASK FORCE,** : **THOMAS E. PAVLICK** and : **MYLES WALSH,** : **Defendants.** : | |

_____

**JOSEPH GIACALONE** and                    :
**GIACALONE HEALTHCARE, INC.**      :
                                                               :
            **Plaintiffs,**                              :
    v.                                                       :           **NO. 3:11-CV-01648**
                                                               :
**PENNSYLVANIA INSURANCE**         :           **JUDGE KOSIK**
**FRAUD PREVENTION AUTHORITY,**  :
**NORTHEASTERN PENNSYLVANIA**  :
**INSURANCE FRAUD TASK FORCE,** :
**THOMAS E. PAVLICK** and              :
**MYLES WALSH,**                              :
                                                               :
            **Defendants.**                         :

_____

**ORDER**
_____

AND NOW this _____ day of _____, 2011, upon

consideration of Defendant Myles Walsh's Motion to Dismiss Plaintiffs'

Complaints Pursuant to Fed. R. Civ. P. 12(b)(6), IT IS HEREBY ORDERED THAT the Motion is GRANTED and all claims asserted in Plaintiffs' Complaints are dismissed with prejudice.

_____J.